| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Satélites Mexicanos, S.A. de C.V.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names)<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**98-0220653** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**Paseo de la Reforma, #222, Fl 20, 21<br>Col. Juarez Delegacion Cuauhtemoc<br>C.P. 06600, Mexico, D.F.**        ZIP CODE | Street Address of Joint Debtor (No. & Street, City, and State):        ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP CODE | Mailing Address of Joint Debtor (if different from street address):        ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **Mexico**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:        **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>**Check all applicable boxes:**<br>☒ A plan is being filed with this petition.<br>☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Satélites Mexicanos, S.A. de C.V.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **Southern District of New York** | Case Number: 05-13862-rdd<br>Involuntary Filing - Dismissed | Date Filed: 05/25/2005 |
| Location<br>Where Filed:   **Southern District of New York** | Case Number: 05-16103-rdd<br>Ancillary Bankruptcy Filing Under Chapter 304 | Date Filed: 08/04/2005 |
| Location<br>Where Filed:   **Southern District of New York** | Case Number: 06-11868-rdd<br>Chapter 11 Filing - Confirmed | Date Filed: 08/11/2006 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Attachment 1** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Satélites Mexicanos, S.A. de C.V.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (If not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |
| **Signature of Attorney\***<br><br>X *Victoria W Counihan*<br>   Signature of Attorney for Debtor(s)<br>**Victoria Watson Counihan**<br>   Printed Name of Attorney for Debtor(s)<br>**Greenberg Traurig, LLP**<br>   Firm Name<br>**The Nemours Building**<br>**1007 North Orange Street**<br>**Suite 1200**<br>**Wilmington, DE 19801**<br>   Address<br>          **Email:counihanv@gtlaw.com**<br>**302.661.7000 Fax:302.661.7360**<br>   Telephone Number<br>**April 6, 2011**<br>   Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>**Patricio E. Northland**<br>   Printed Name of Authorized Individual<br>**Chief Executive Officer**<br>   Title of Authorized Individual<br>**April 6, 2011**<br>   Date | _____<br>   Address<br>X _____<br><br>_____<br>   Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Delaware

In re    Satélites Mexicanos, S.A. de C.V.                  Case No. _____

                                      Debtor(s)           Chapter    11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    **333-8880**   .

2. The following financial data is the latest available information and refers to the debtor's condition on    **March 23, 2011**   .

    a. Total assets                                        $            **441,608,495**

    b. Total debts (including debts listed in 2.c., below)        $            **531,636,038**

    c. Debt securities held by more than 500 holders:

|  |  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured | ☒ unsecured | ☐ subordinated | ☐ | $ | 238,236,500[1] | **Institutional Holders[2]** |
| secured | ☒ unsecured | ☐ subordinated | ☐ | $ | 201,892,757[3] | **Institutional Holders[4]** |
| secured | ☐ unsecured | ☐ subordinated | ☐ | $ | | 0 |
| secured | ☐ unsecured | ☐ subordinated | ☐ | $ | | 0 |
| secured | ☐ unsecured | ☐ subordinated | ☐ | $ | | 0 |

    d. Number of shares of preferred stock                   **0**               **0**

    e. Number of shares common stock             **46,874,999**               **2**

      Comments, if any:

        As of December 31, 2010, the authorized, issued and outstanding common stock is as follows:

        *Fixed Capital*
        Class I Series A:      9,166,667
        Class I Series B:      333,334
        Class I Series N:      812,498

        *Variable Capital*
        Class II Series B:     7,166,667
        Class II Series N:     29,395,833

---

1 First Priority Senior Secured Notes due 2011.

2 The total number of individual holders is unknown, but may be greater than 500.

3 10 1/8% Second Priority Senior Secured Notes due 2013.

4 The total number of individual holders is unknown, but may be greater than 500.

B 1A (Official Form 1, Exhibit A) (9/97) - Cont.

3. Brief description of Debtor's business:

Satélites Mexicanos, S.A. de C.V. ("Satmex") is a significant provider of fixed satellite services ("FSS") in the Americas, with coverage to more than 90% of the population of the region across more than 45 nations and territories. As one of only two privately-managed FSS providers based in Latin America, Satmex has designed, procured, launched and operated three generations of satellites during a period of over 25 years. Its current fleet is comprised of three satellites in highly attractive, contiguous orbital slots that enables its customers to effectively serve its entire coverage footprint utilizing a single satellite connection.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

1. **Deutsche Bank México, S.A., Institución de Banca Múltiple, División Fiduciaria,** as trustee under that certain Irrevocable Administration Trust No.F/589, for the benefit of The Bank of New York, Loral Skynet Corporation, Servicios Corporativos Satelitales, S.A. de C.V., Principia, S.A. de C.V., and/or the Federal Government of the United Mexican States or any successor or permitted assignees as agent for the benefit of the beneficial holders of trust interests.

2. **Nacional Financiera, S.N.C., Institución de Banca de Desarrollo, Trust Division,** as trustee under that certain Irrevocable Trust Agreement No. 80501, for the benefit of the Federal Government of the United Mexican States.

# ATTACHMENT 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the **"Debtors"**), that filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, contemporaneously with the filing of this petition. The Debtors have filed a motion requesting joint administration.

1. Satélites Mexicanos, S.A. de C.V.
2. Alterna'TV International Corporation
3. Alterna'TV Corporation

| SATÉLITES MEXICANOS, S.A. DE C.V. RESOLUCIONES UNÁNIMES DEL CONSEJO DE ADMINISTRACIÓN 20 DE ENERO DE 2011 | SATÉLITES MEXICANOS, S.A. DE C.V. UNANIMOUS RESOLUTIONS OF THE BOARD OF DIRECTORS JANUARY 20, 2011 |
|---|---|
| CONSIDERANDO QUE, el equipo ejecutivo de Satélites Mexicanos, S.A. de C.V. ("Satmex" o la "Sociedad") y sus asesores, han informado al Consejo de Administración de la Sociedad sobre los pasivos y la situación de liquidez de la Sociedad, así como sobre las alternativas estratégicas disponibles para ella (incluyendo un plan pre-acordado (el "Plan de Reestructura") de reorganización de Satmex a ser presentado (el "Procedimiento de Chapter 11") bajo el capítulo 11 del título 11 del _United States Code_ (el "Código de Quiebras")), y el impacto de tales circunstancias en el negocio de la Sociedad. | WHEREAS, the management and the advisors of Satélites Mexicanos, S.A. de C.V. ("Satmex" or the "Company") have advised the Board of Directors of the Company of the liabilities and liquidity situation of the Company, the strategic alternatives available to it (including a prepackaged plan (the "Restructuring Plan") of reorganization of Satmex to be filed (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")), and the impact of the foregoing on the Company's business. |
| CONSIDERANDO QUE, la Sociedad está principalmente dedicada e intenta continuar dedicada principalmente a la prestación de servicios satelitales fijos y servicios relacionados (el "Negocio Primario"). | WHEREAS, the Company is primarily engaged in, and intends to continue to be engaged primarily, in furnishing fixed satellite services and related services (the "Primary Business"), and |
| CONSIDERANDO QUE, la Sociedad no intenta incursionar en el negocio de inversión, reinversión, propiedad, tenencia o intercambio o comercialización de valores. | WHEREAS, the Company does not intend to be in the business of investing, reinvesting, owning, holding or trading in securities, |
| CONSIDERANDO QUE, el Consejo de Administración de la Sociedad ha tenido la oportunidad de consultar con el equipo ejecutivo y con los asesores de la Sociedad y han considerado de fondo cada una de las alternativas estratégicas disponibles para la Sociedad (incluyendo el Plan de Reestructura). | WHEREAS, the Board of Directors of the Company has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives (including the Restructuring Plan) available to the Company. |
| CONSIDERANDO QUE, el Consejo de Administración considera que es en el mejor interés de la Sociedad, de sus acreedores y de otras partes interesadas, que la Sociedad sea autorizada para que, en el momento que se considere necesario por los Ejecutivos Autorizados de la Sociedad (según se definen más adelante), presentar una petición para iniciar el Procedimiento de Chapter 11, y para instruir y aprobar en ciertas sociedades afiliadas de las Sociedad incluyendo Alterna'TV Corporation y Alterna'TV International Corporation, el comienzo de un procedimiento bajo el Código de Quiebras, según sea necesario y | WHEREAS, the Board of Directors believes that it is in the best interests of the Company, its creditors, and other interested parties that the Company be authorized and empowered to file, at such time as it is deemed necessary by the Company's Authorized Officers (as defined below), a petition to commence the Chapter 11 Case, and to direct certain affiliates of the Company, including Alterna'TV Corporation and Alterna'TV International Corporation, to commence a bankruptcy case under the Bankruptcy Code (collectively, the "Subsidiary Cases"), as may be necessary and appropriate to implement the Restructuring Plan. |

apropiado para instrumentar el Plan de Reestructura.

CONSIDERANDO QUE, en relación con el Plan de Reestructura, la Sociedad recibirá una cantidad sustancial de efectivo e inversión, que se pretende utilizar tan pronto como sea razonablemente posible en su Negocio Primario, pero podría convertirse en una empresa inversora o inversionista transitoria según se contempla en la regla denominada "Rule 3a-2" (la "Regla 3a-2") en términos del *Investment Company Act of 1940* de los Estados Unidos de América, según sea reformada o modificada (la "Ley de 1940").

WHEREAS, in connection with the Restructuring Plan, the Company will receive substantial cash and investments which it intends to deploy as soon as reasonably possible in connection with its Primary Business, but may become a transient investment company as contemplated under Rule 3a-2 ("Rule 3a-2") under the Investment Company Act of 1940, as amended (the "1940 Act").

LOS SUSCRITOS, siendo la totalidad de los miembros del Consejo de Administración de la Sociedad, deciden tomar las siguientes resoluciones por el voto unánime y por acuerdo escrito, fuera de una sesión formal del Consejo de Administración, de acuerdo con lo previsto en el Artículo Vigésimo Sexto de los Estatutos Sociales y el Artículo 143 último párrafo, de la Ley General de Sociedades Mercantiles aplicable.

THE UNDERSIGNED, being all of the members of the Board of Directors of the Company, hereby take the following resolutions by unanimous vote and written consent, in lieu of a formal meeting of the Board of Directors, pursuant to the provisions of Article Twenty-Six of the Company's by-laws and pursuant to the last paragraph of Article 143 of the *Ley General de Sociedades Mercantiles* (General Corporation and Partnership Law).

RESOLUCIONES:

RESOLUTIONS:

PRIMERA.- Se reconoce y aprueba que conforme al juicio y consideración del Consejo de Administración, resulta deseable y en el mejor interés de la Sociedad, de sus acreedores y de otras partes interesadas, que la Sociedad presente o instruya o haga que se presente el Procedimiento de Chapter 11 en la Corte de Quiebras del Distrito de Delaware, en los Estados Unidos de América.

FIRST.- It is hereby adopted and approved that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed the Chapter 11 Case and the Subsidiary Cases in the Bankruptcy Court of the District of Delaware.

SEGUNDA.- Se autoriza a los señores Patricio E. Northland o Patricio Ernesto Northland, Luis Fernando Stein Velasco y Pablo Manzur y Bernabéu (conjuntamente los "Ejecutivos Autorizados"), actuando de manera individual o conjunta, para que firmen, ejecuten y presenten en representación de la Sociedad, cualesquier petición, anexos, listas, "*motions*", solicitudes, peticiones, "*pleadings*" y otros documentos que sean necesarios para iniciar el Procedimiento de Chapter 11 y obtener protección bajo el Código de Quiebras, así como para que realicen cualquier acto posterior que consideren necesario, apropiado y deseable en relación con el Procedimiento de Chapter 11, incluyendo sin limitación la solicitud de

SECOND.- It is hereby adopted and approved that any of Patricio E. Northland or Patricio Ernesto Northland, Luis Fernando Stein Velasco and Pablo Manzur y Bernabéu (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be and are authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Chapter 11 Case and obtain relief under the Bankruptcy Code, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Chapter 11 Case, including but not limited to, the solicitation of

aceptación para la aprobación del Procedimiento de Chapter 11 pre-acordado, instruyendo y haciendo que ciertas sociedades afiliadas de la Sociedad inicien un procedimiento bajo el Código de Quiebras según se considere necesario y apropiado por el señor Patricio E. Northland, y realizando cualquier otro acto o acción necesaria para instrumentar el Plan de Reestructura, con miras a la culminación exitosa de dicho procedimiento.

acceptances for approval of the prepackaged Chapter 11 Case, directing certain affiliates of the Company to commence a bankruptcy case under the Bankruptcy Code as deemed necessary and appropriate by Patricio E. Northland, and all other actions necessary to implement the Restructuring Plan, with a view to the successful prosecution of such case.

**TERCERA.-** Para efectos únicos y exclusivos de instrumentar las resoluciones Primera y Segunda que arriba constan, se otorga a los señores Patricio E. Northland o Patricio Ernesto Northland, Luis Fernando Stein Velasco y Pablo Manzur y Bernabéu, el siguiente poder para que lo ejerzan de manera conjunta o separada:

**THIRD.-** Only for the specific and exclusive purposes of implementing the First and Second Resolutions above, any of Patricio E. Northland or Patricio Ernesto Northland, Luis Fernando Stein Velasco and Pablo Manzur y Bernabéu, acting alone or together, are hereby granted the following power of attorney, to be exercised jointly or separately:

(A) Un poder general en cuanto a sus facultades pero limitado en cuanto a su objeto para actos de administración y para pleitos y cobranzas, en los términos del Artículo 2554 del Código Civil para el Distrito Federal y de sus correlativos del Código Civil Federal y de los códigos civiles vigentes para cada uno de los estados de los Estados Unidos Mexicanos, incluyendo aquellas facultades generales y especiales que conforme a la ley requieran cláusula especial.

A) A general power of attorney, which is general with respect to its faculties but limited with respect to its purpose, for acts of administration and for lawsuits and collections, pursuant to the provisions set forth in Article 2554 of the Civil Code for the Federal District, the correlative provisions of the Federal Civil Code and the Civil Codes of the states of the United Mexican States, including those general and special powers, that according to law, require specific authority.

El poder general para pleitos y cobranzas que aquí se otorga, es general en cuanto a sus facultades pero limitado en cuanto a su objeto y se otorga con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, para ser ejercido en los Estados Unidos Mexicanos o en el extranjero, en los términos del párrafo primero del Artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus correlativos de los demás Códigos Civiles de los Estados de la República Mexicana y del Código Civil Federal.

The general power of attorney for lawsuits and collections granted hereby is general with respect to its authorizations and faculties but limited with respect to its purpose, with general and special powers, that according to law, require specific authority, to be exercised in the United Mexican States or abroad, pursuant the provisions set forth in Article 2554 of the Civil Code for the Federal District, the Civil Codes of the states of the United Mexican States and the Federal Civil Code.

De manera enunciativa y no limitativa los apoderados tendrán, entre otras facultades, las siguientes:

The attorneys-in-fact shall have the following authorities and faculties, among others:

**1.-** Intentar y desistirse de toda clase de procedimientos judiciales o administrativos,

**1.-** To submit and withdraw any judicial or administrative proceeding, including the submission

inclusive para interponer juicio de amparo y desistirse de él.

2.- Para transigir y convenir, extrajudicial o judicialmente.

3.- Para comprometer en árbitros.

4.- Para absolver y articular posiciones.

5.- Para recusar.

6.- Para hacer y recibir pagos.

7.- Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley.

Los apoderados señalados podrán firmar los contratos y convenios necesarios, así como suscribir y entregar las declaraciones, manifestaciones, opiniones, certificaciones y cualesquier otro documento que sea requerido conforme a los documentos citados en los considerandos precedentes.

Asimismo, a las mismas personas se les autoriza para que a nombre de la Sociedad lleven a cabo por sí, o a través de terceros, los registros e inscripciones que sean necesarios de acuerdo con la legislación aplicable.

Los poderes otorgados conforme a la presente resolución quedarán sin efecto una vez que haya finalizado y hayan quedado firmes el Procedimiento de Chapter 11 y el Plan de Reestructura, conforme a la legislación aplicable, y hayan quedado debidamente firmados y otorgados todos los actos y documentos derivados de o relacionados con el Plan de Reestructura. En tal sentido, el presente poder quedará sin efectos una vez que se haya agotado el objeto del mismo.

CUARTA.- Se aprueba, se autoriza y se instruye a los Ejecutivos Autorizados para que cualquiera de ellos ya sea actuando de forma individual o con uno o más de los Ejecutivos Autorizados, contraten los servicios de la firma de abogados Greenberg Traurig, LLP, como su asesor general en materia de reorganización y quiebras, para representar a la Sociedad y asistirla en la instrumentación y cumplimiento de sus deberes y obligaciones conforme al Código de Quiebras, y para que lleve a cabo cualquier acción o acto para proteger, ejercer y cumplir los derechos y obligaciones de la Sociedad, incluyendo, la presentación de peticiones ("*pleadings*") y; en relación con ello, los

and rejection of writs of *amparo*.

2.- To settle disputes and reach agreements and consent, judicially or extra-judicially.

3.- To agree to arbitration.

4.- To answer and propound interrogatories.

5.- To recuse.

6.- To make and receive payments.

7.- To file claims and criminal complaints and to grant exonerations, as provided by applicable law.

The above mentioned attorneys-in-fact may execute the necessary agreements, as well as execute and deliver any representations, statements, opinions, certificates, and any other document required under the documents mentioned in the preceding paragraphs.

Additionally, the foregoing individuals are hereby authorized to undertake on behalf of the Company, directly or through any third party, the necessary registrations and filings in accordance with applicable law.

The powers of attorney granted hereby will no longer be effective once the Chapter 11 Case and the Restructuring Plan have become final and non-appealable, and once all acts and documents deriving from or related with the Restructuring Plan have been signed and delivered. In such respect, this power of attorney shall no longer be effective once its purpose has been fulfilled.

FOURTH.- It is hereby adopted and approved that any of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized and directed to employ the law firm of Greenberg Traurig, LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, any of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized and directed to execute appropriate retention

Ejecutivos Autorizados están facultados y son instruidos por este medio para, de manera individual o conjunta dos o más de tales Ejecutivos Autorizados procedan a firmar y ejecutar los correspondientes y apropiados contratos de prestación de servicios, pagar los correspondientes y apropiados honorarios o pagos adelantados, antes o inmediatamente después de que se haya realizado la presentación del Procedimiento de Chapter 11; así como hacer que se presente la correspondiente y apropiada solicitud de autorización para contratar los servicios de Greenberg Traurig, LLP.

agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Greenberg Traurig, LLP.

**QUINTA.-** Se aprueba, autoriza e instruye a los Ejecutivos Autorizados para que cualquiera de ellos ya sea actuando de forma individual o con uno o más de los Ejecutivos Autorizados, contraten a cualquier otro prestador de servicios profesionales para asistir a la Sociedad en la instrumentación y cumplimiento de sus deberes y obligaciones conforme al Código de Quiebras; y, en relación con ello, los Ejecutivos Autorizados quedan autorizados e instruidos por este medio para que cualquiera de ellos ya sea actuando de forma individual o con uno o más de los Ejecutivos Autorizados procedan a firmar los correspondientes contratos de prestación de servicios que sean apropiados, en el entendido que esta contratación se hará conforme a la dirección e instrucción de los Ejecutivos Autorizados actuando de manera individual o conjunta uno o más de ellos,; así como para pagar los correspondientes y apropiados anticipos u honorarios previamente o bien inmediatamente después de la presentación del Procedimiento de Chapter 11, al igual que para hacer que se presenten las solicitudes apropiadas para que se autorice la contratación de los servicios de otros profesionales según sea necesario.

**FIFTH.-** It is hereby adopted and approved that any of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, any of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby are authorized and directed to execute appropriate retention agreements, provided that such engagements shall be made at the direction of the Authorized Officers, acting alone or with one or more other Authorized Officers; as well as to pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**SEXTA.** Se aprueba y autoriza en este acto a la Sociedad para utilizar efectivo para otorgarlo como garantía así como para que a través suyo cause que Alterna'TV Corporation y/o Alterna'TV International Corporation utilicen efectivo para otorgarlo como garantía, de acuerdo con los términos que sean negociados por los Ejecutivos Autorizados, así como para que firme, otorgue y ejecute para, a nombre de y por cuenta de la Sociedad, un contrato que se refiera a la utilización

**SIXTH.-** It is hereby adopted and approved that the Company be, and it hereby is, authorized and empowered to use cash collateral and to cause Alterna'TV Corporation and/or Alterna'TV International Corporation to use cash collateral according to terms which may be negotiated by the Authorized Officers, and to execute, deliver and perform under and enter into, for and in the name of and on behalf of the Company, an agreement on the use of cash collateral or other related

de efectivo para otorgarse como garantía, o cualquier otro documento relacionado con el mismo, así como para otorgar en prenda y otorgar otro tipo de gravámenes sobre los activos de la Sociedad, de Alterna'TV Corporation y/o Alterna'TV International Corporation, según así se contemple o sea requerido conforme a los términos de dicho contrato para utilizar efectivo como garantía; y, en relación con ello, los Ejecutivos Autorizados, ya sea actuando de manera individual o conjunta con uno o más Ejecutivos Autorizados, por este medio son autorizados, apoderados e instruidos para firmar y otorgar los contratos de garantía en efectivo que sean apropiados y los documentos que estén relacionados con los mismos, así como para autorizar y causar que Alterna'TV Corporation y/o Alterna'TV International Corporation firmen y sean parte de los referidos contratos de garantía en efectivo.

**SÉPTIMA.-** Se aprueban, ratifican, adoptan y reconocen, en todos sus términos, todos los actos y documentos que hayan firmado y adoptado los Ejecutivos Autorizados previamente a la presente fecha, que hayan tenido el objeto o hayan estado orientados a cumplir los propósitos de las presentes resoluciones unánimes.

**OCTAVA.-** Se aprueba y autoriza en este acto que el Consejo de Administración de la Sociedad exprese por este medio su buena fe e intención de que la Sociedad continúe dedicada a su Negocio Primario tan pronto como sea razonablemente práctico una vez que sea recibido el producto y recursos derivados de la ejecución del Plan de Reestructura y, tanto como la Sociedad requiera aplicar la Regla 3a-2, la Sociedad aplicará tal regla por un periodo de tiempo que no excederá 1 (un) año, contado a partir de la fecha que ocurra primero de: (i) la fecha en la que la Sociedad sea propietaria de valores y/o de efectivo con un valor que exceda 50% (cincuenta por ciento) del valor de los activos totales de la Sociedad ya sea de manera consolidada o no; o (ii) la fecha en la que la Sociedad sea propietaria o tenga el propósito de adquirir valores de inversión que tengan un valor que exceda 45% (cuarenta por ciento) del valor de los activos totales de la Sociedad (excluyendo valores gubernamentales y conceptos en efectivo) de una manera no consolidada.

documents and to pledge and grant liens on the assets of the Company, Alterna'TV Corporation and/or Alterna'TV International Corporation as may be contemplated by or required under the terms of such cash collateral agreement; and in connection therewith, the Authorized Officers, acting alone or with one or more other Authorized Officers, are hereby authorized, empowered and directed to execute and deliver appropriate cash collateral agreements and related ancillary documents, and to cause Alterna'TV Corporation and/or Alterna'TV International Corporation to enter into such agreements.

**SEVENTH.-** That all acts and deeds of any of the Authorized Officers taken prior to the date hereof to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified, and confirmed in all respects.

**EIGHTH.-** It is hereby adopted and approved that the Board of Directors of the Company expresses its bona fide intention that the Company will continue to be engaged in its Primary Business as soon as is reasonably practicable following receipt of proceeds from implementation of the Restructuring Plan and, to the extent that the Company is required to rely upon Rule 3a-2, that it will rely upon such rule for a period of time not to exceed one (1) year, commencing on the earlier of: (i) the date on which it owns securities and/or cash having a value exceeding fifty (50) percent of the value of the Company's total assets on either a consolidated or unconsolidated basis; or (ii) the date on which the Company owns or proposes to acquire investment securities having a value exceeding forty (40) percent of the value of the Company's total assets (exclusive of Government securities and cash items) on an unconsolidated basis.

La presente resolución no constituye un reconocimiento o aceptación de que la Sociedad esté sujeta a la jurisdicción de la Ley de 1940, ni le impide a la Sociedad aplicar otra excepción estatutaria o regla u otra excepción de requerimientos de registro conforme a la Ley de 1940.

The foregoing resolution does not constitute an admission or acknowledgement that the Company is subject to the jurisdiction of the 1940 Act, nor does it preclude the Company from relying upon another statutory or rule exemption or exception from registration requirements under the 1940 Act.

**NOVENA.-** Se designan como delegados especiales de las presentes Resoluciones a los señores Pablo Manzur y Bernabéu, Hayde Berenice Reséndiz Lira, Gonzalo Sáinz Gout, Luis Rubio Barnetche, Bertha Alicia Ordaz Avilés, Octavio Lecona Morales y Carlos Alberto Camargo Tovar y, para que indistintamente, cualquiera de ellos, en nombre y representación de la Sociedad en su caso: a) comparezcan ante notario o corredor público de su elección a efecto de protocolizar en las partes conducentes, las presentes resoluciones; b) directamente o a través de las personas designadas por ellos, inscriban la(s) escritura(s) pública(s) correspondientes en el Registro Público de Comercio del domicilio social de la Sociedad y c) expidan certificaciones de estas Resoluciones que se llegaran a necesitar.

**NINTH.-** Pablo Manzur y Bernabéu, Hayde Berenice Reséndiz Lira, Gonzalo Sáinz Gout, Luis Rubio Barnetche, Bertha Alicia Ordaz Avilés, Octavio Lecona Morales, and Carlos Alberto Camargo Tovar are hereby appointed special delegates such that, if required, any one of them may, acting individually and in the name and on behalf of the Company: (i) appear before a Notary Public or Public Commercial Attestor of their choice, to notarize all or part of these resolutions; (ii) directly or through the persons they designate, record the corresponding public deed(s) in the *Registro Público de Comercio* (Public Registry of Commerce) of the Company's legal domicile; and (iii) issue certificates of these Resolutions as may be necessary.

**DÉCIMA.-** Se aprueba la constitución de una subsidiaria controlada al cien por ciento por la Sociedad de manera directa e indirecta, a denominarse "Satmex Escrow, S.A. de C.V." o un nombre similar, para los efectos respectivos establecidos en el Plan de Reestructura.

**TENTH.-** It is hereby adopted and approved to incorporate a wholly onwed subsidiary of the Company, whether directly or indirectly, to be named "Satmex Escrow, S.A. de C.V." or a similar name, for the corresponding purposes set forth in the Restructuring Plan.

**EN TESTIMONIO DE LO ANTERIOR,** los suscritos, siendo la totalidad de los miembros del Consejo de Administración de la Sociedad, firman las presentes resoluciones unánimes en la fecha señalada en un principio, 20 de enero de 2011.

**IN WITNESS WHEREOF,** the undersigned, constituting all of members of the Board of Directors of the Company, execute these unanimous resolutions on the date first written above, January 20, 2011.

- Sigue hoja de firmas-

- Signature page follows-

_____

Luis Rebollar Corona
Presidente del Consejo de Administración
/ Chairman of the Board of Directors

_____

José Manuel Canal Hernando
Consejero / Director

_____

Erwin Starke Fabris
Consejero / Director

_____

Vicente Aríztegui Andreve
Consejero / Director

_____

John Stevens
Consejero / Director

_____

James Duplessie
Consejero / Director

_____

Richard P. Mastoloni
Consejero / Director

_____

Luis Rubio Barnetche
Secretario sin ser miembro del Consejo
de Administración / Secretary
Non-Member of the Board of Directors

_Hoja de firmas de las resoluciones unánimes adoptadas por el Consejo de Administración de Satélites Mexicanos, S.A. de C.V. el 20 de enero de 2011 en relación con el Procedimiento de Chapter 11 /_

_Signature page of the unanimous resolutions adopted by the Board of Directors of Satélites Mexicanos, S.A. de C.V. as of January 20, 2011, regarding the Chapter 11 Case_

| | |
|---|---|
| Luis Rebollar Corona<br>Presidente del Consejo de Administración<br>/ Chairman of the Board of Directors | José Manuel Canal Hernando<br>Consejero / Director |

| | |
|---|---|
| Erwin Starke Fabris<br>Consejero / Director | Vicente Ariztegui Andreve<br>Consejero / Director |

*(signature)*

| | |
|---|---|
| John Stevens<br>Consejero / Director | James Duplessie<br>Consejero / Director |

| | |
|---|---|
| Richard P. Mastoloni<br>Consejero / Director | Luis Rubio Barnetche<br>Secretario sin ser miembro del Consejo<br>de Administración / Secretary<br>Non-Member of the Board of Directors |

*Hoja de firmas de las resoluciones unánimes adoptadas por el Consejo de Administración de Satélites Mexicanos, S.A. de C.V. el 20 de enero de 2011 en relación con el Procedimiento de Chapter 11 /*

*Signature page of the unanimous resolutions adopted by the Board of Directors of Satélites Mexicanos, S.A. de C.V. as of January 20, 2011, regarding the Chapter 11 Case*

| | |
|---|---|
| Luis Rebollar Corona<br>Presidente del Consejo de Administración<br>/ Chairman of the Board of Directors | José Manuel Canal Hernando<br>Consejero / Director |

| | |
|---|---|
| Erwin Starke Fabris<br>Consejero / Director | Vicente Ariztegui Andreve<br>Consejero / Director |

| | |
|---|---|
| John Stevens<br>Consejero / Director | James Duplessie<br>Consejero / Director |

| | |
|---|---|
| Richard P. Mastoloni<br>Consejero / Director | Luis Rubio Barnetche<br>Secretario sin ser miembro del Consejo<br>de Administración / Secretary<br>Non-Member of the Board of Directors |

*Hoja de firmas de las resoluciones unánimes adoptadas por el Consejo de Administración de Satélites Mexicanos, S.A. de C.V. el 20 de enero de 2011 en relación con el Procedimiento de Chapter 11 /*

*Signature page of the unanimous resolutions adopted by the Board of Directors of Satélites Mexicanos, S.A. de C.V. as of January 20, 2011, regarding the Chapter 11 Case*

8

| | |
|---|---|
| _____ | _____ |
| Luis Rebollar Corona<br>Presidente del Consejo de Administración<br>/ Chairman of the Board of Directors | José Manuel Canal Hernando<br>Consejero / Director |

| | |
|---|---|
| _____ | _____ |
| Erwin Starke Fabris<br>Consejero / Director | Vicente Ariztegui Andreve<br>Consejero / Director |

| | |
|---|---|
| _____ | _____ |
| John Stevens<br>Consejero / Director | James Duplessie<br>Consejero / Director |

| | |
|---|---|
| _____ | _____ |
| Richard P. Mastoloni<br>Consejero / Director | Luis Rubio Barnetche<br>Secretario sin ser miembro del Consejo<br>de Administración / Secretary<br>Non-Member of the Board of Directors |

*Hoja de firmas de las resoluciones unánimes adoptadas por el Consejo de Administración de Satélites Mexicanos, S.A. de C.V. el 20 de enero de 2011 en relación con el Procedimiento de Chapter 11 /*

*Signature page of the unanimous resolutions adopted by the Board of Directors of Satélites Mexicanos, S.A. de C.V. as of January 20, 2011, regarding the Chapter 11 Case*

---

Luis Rebollar Corona
Presidente del Consejo de Administración
/ Chairman of the Board of Directors

José Manuel Canal Hernando
Consejero / Director

---

Erwin Starke Fabris
Consejero / Director

Vicente Ariztegui Andreve
Consejero / Director

---

John Stevens
Consejero / Director

James Duplessie
Consejero / Director

---

Richard P. Mastoloni
Consejero / Director

Luis Rubio Barnetche
Secretario sin ser miembro del Consejo
de Administración / Secretary
Non-Member of the Board of Directors

*Hoja de firmas de las resoluciones unánimes adoptadas por el Consejo de Administración de Satélites Mexicanos, S.A. de C.V. el 20 de enero de 2011 en relación con el Procedimiento de Chapter 11 /*

*Signature page of the unanimous resolutions adopted by the Board of Directors of Satélites Mexicanos, S.A. de C.V. as of January 20, 2011, regarding the Chapter 11 Case*

8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

SATÉLITES MEXICANOS, S.A. DE C.V. *et al.*,[1]

Debtors.

Chapter 11

Case Nos. 11-[_____] (__)

(Joint Administration Requested)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Secretaria de Hacienda y Credito Publico (SHCP)** Av. Hildalgo 77 Col. Guerrero Mexico, DF 06300 Mexico | Lourdes del Ángel Palacios SAT- Administración General de Recaudación del Centro del Distrito Federal Av. Juarez 101 Colonia Centro C.P. 06040 Delegacion Cuauhtemoc México, D.F. E-mail: lourdes.delangel@sat.gob.mx Telephone: (55) 5130 7401 | Taxes | Subject to Setoff | $1,648,192 |
| **Elektra del Milenio LP** Ferrocarril de Rio Frio No. 419VW Real Del Moral, Iztapalapa Mexico, DF 17000 Mexico | Lorena Contreras Cordero E-mail: Ncontreras@elektra.com.mx Telephone: 1720 7000 EXT. 7512 Facsimile: 1720 7163 | Advance/Deposit from Customers | | $811,875 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Satélites Mexicanos, S.A. de C.V. (0653); Alterna'TV Corporation (2940); and Alterna'TV International Corporation (4784).

*NY 241,047,990v4 4-6-11*

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Telemicro International Holdings, LLC**<br>4242 SW 73rd Avenue<br>Miami, FL 33155 USA | Herminio Félix<br>E-mail:<br>FernandezEuroex@Earthlink.NetMe;<br>strejr@Date.NetMestre@Gate.Net<br>Telephone: 305.295.3998<br>Facsimile: 305.740.7250 | Trade Debt | | $569,022 |
| **Exicom Inc.**<br>122-35 Autopista Norte<br>Piso 3o<br>Bogotá, Colombia | Henry Zambrano Márquez<br>E-mail: vlondono@ipcolombia.com<br>hzabrano@anditel.com.co<br>Telephone: 571 6065353 E. 2803<br>Facsimile: 571 6107769 | Advance/Deposit from Customers | | $432,000 |
| **Corporacion TV USA, LLC**<br>1871 Silverbell Terrace<br>Weston, FL 33327 USA | Ricardo Vázquez<br>E-mail: rvazquez@komunik.net<br>Telephone: (954) 384 9973 | Trade Debt | | $353,810 |
| **Telefónica Celular de Bolivia, S.A. (Telecel, S.A.)**<br>648 Av. Viedma<br>Santa Cruz de la Sierra, Bolivia | Sr. Javier Villarroel<br>E-mail: villarroel@telecel.com.bo<br>Telephone: 01 (591) 773 90263<br>Facsimile: 01 (591) 334 97887 | Advance/Deposit from Customers | | $345,600 |
| **ACS Global TV, C.V.**<br>Zadelmakerstreet<br>Velserbroek, NY 19911<br>Netherlands | Robbert Frassino<br>E-mail: robbert.frassino@fms-net.ni<br>Telephone: 310 2030 00 424 | Trade Debt | | $278,980 |
| **Galaz, Yamazaki, Ruiz Urquiza, S.C. (Deloitte Member Firm)**<br>Avenida Paseo de la Reforma No. 505, piso 28<br>Col. Cuauhtemoc, Del. Cuauhtemoc<br>Mexico, DF 06500 Mexico | Alejandro Gonzalez<br>E-mail: algonzalez@deloittemx.com<br>Telephone: 5080 600 ext. 6791 | Trade Debt | | $256,552 |
| **Unión Fenosa Redes de Telecomunicaciones, S.L., Sucursal en la República de Panamá**<br>Av Ricardo Arango<br>Edificio Victoria Plaza, Primer Piso<br>Panama City, Panama | José Quintas García<br>E-mail: jquintas@ufpanama.com<br>Telephone: 507 315 7000<br>Facsimile: 507 315 7030 | Advance/Deposit from Customers | | $224,600 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Optimal Satcom, Inc.** 11180 Sunrise Valley Drive Suite 200 Reston, VA 20191-5491 USA | Ahsun H. Murad E-mail: accounts@optimalsatcom.com Telephone: 1703 657 8800 | Trade Debt | | $218,000 |
| **Santamarina y Steta, S.C.** Campos Elíseos 345 Col. Chapultepec Polanco Mexico, DF 11560 Mexico | Fernando del Castillo Telephone: 52 55 5279 5400 Facsimile: 52 55 5280 3214 | Trade Debt | | $179,242 |
| **Mi Cine** 2600 S W Third Avenue Penthouse A Miami, FL 33129 USA | Carlos Vasallo Tomé E-mail: cvnanitta@aol.Com Telephone: 305.856.7322 Facsimile: 305.856.7337 | Trade Debt | | $166,716 |
| **Beisbol Latino, S.A. de C.V.** 2A.Cda.de Aldama 13-C Col. Centro/Potreros De La Noria Mexico, DF 16019 Mexico | Benjamin Hinojosa E-mail: aym@aymsports.com.mx Telephone: 52 55 0262 6969 | Trade Debt | | $157,558 |
| **CapRock Communications, Inc.** 4400 S. Sam Houston Parkway E. Houston, TX 77048 USA | Charlie Werner E-mail: cwerner@cprk.com Telephone: 832 668 2660 Facsimile: 832 668 2780 | Advance/Deposit from Customers | | $152,674 |
| **Transmitter Location Systems, LLC** 13454 Sunrise Valley Drive Suite 240 Herndon, VA 20171 USA | Laurie Barnes Telephone: 303-590-4565 | Trade Debt | | $148,800 |
| **Corporación Ecuatoriana de Televisión, S.A.** Cerro del Carmen S/N Guayaquil 10992 Ecuador | Delia Troya E-mail: dtroya@ecuavisa.com Telephone: (593) 42562444 | Advance/Deposit from Customers | | $148,703 |
| **Schlumberger Technology Corp.** 5599 San Felipe Suite 100 Houston, TX 77065 USA | Sidney W. Smith E-mail: ssmith30@houston.oilfield.slb.com Telephone: (713) 9483918 Facsimile: (832) 6711143 | Advance/Deposit from Customers | | $143,892 |
| **Atlanta DTH, Inc** 5388 Newpeach Tree Rd Chamblee, GA 30341 USA | Michael Day E-mail: mday@adth.com Telephone: 770 451 977 Facsimile: 770 451 9859 | Advance/Deposit from Customers | | $126,500 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Sistema de Información y Comunicación** Blvd. Atlizcayolt 5509 Zona Angelópolis Puebla, Mexico | Nelson Zárate E-mail: Nzarate@sicom.gob.mx Telephone: 22-273-77-00 | Advance/Deposit from Customers | | $122,686 |
| **Hunter Communications Inc.** 36 Whistler Road Scarsdale, NY 10583 USA | Brent Perrott E-mail: brent.perrott@huntercomm.net Telephone: 914 723 3595 Facsimile: 914 206 4711 | Advance/Deposit from Customers | | $112,242 |
| **Teléfonos del Norte, S.A.** 38-18 6a. Avenida Zona 3 Guatemala 01003 Guatemala | Leonel Dávila E-mail: leonel.davila@telenorsa.com Telephone: (502) 283 0021 Facsimile: (502) 283 0027 | Advance/Deposit from Customers | | $103,670 |
| **Instituto Politécnico Nacional** Unidad Profesional Adolfo López Mateos, Zacatenco Del. Gustavo A. Madero México, DF 07738 México | Maestro Fernando Arturo Sarinana Marquez Telephone: 55 53 56 1111 Facsimile: 55 53 41 2043 | Trade Debt | | $102,575 |
| **Televisión Metropolitana, S.A. de C.V.** Atletas No. 2, Edificio Pedro Infante Col. Country Club/Del. Coyoacan México, DF 04220 México | María de Fátima Cabaña Lopez/Luz María Sánchez Cardona E-mail: fatima@canal22.org.mx Telephone: 55449020 Ext 3037 Facsimile: 55 447975 | Trade Debt | | $96,667 |
| **Instituto Tecnológico y de Estudios** Eugenio Garza Sada No. 2501 Sur Col Tecnológico Monterrey, Nuevo León México | Ever Vázquez Juárez E-mail: ever@itesm.mx Telephone: (81) 8328 4409 | Trade Debt | | $93,042 |
| **Telgrim S.A. de C.V.** La Quebrada Col. Piedad Narvarte México, DF 03000 México | Miguel Grimaldo E-mail: mgrimaldo@grimsat.com; telgrim@hotmail.com Telephone: (55) 3095 4318 | Trade Debt | | $90,450 |
| **Secovi S.A. de C.V.** Oscar Wilde #155 Col. de San Jerónimo Monterrey, Nuevo León 64630 México | Ing. Carlos Delgado E-mail: cdelgado@secovi.com Telephone: 1055 7790 Facsimile: 5566 4328 | Trade Debt | | $78,768 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Corporación Nacional de Radiodeterminación S.A. de C.V.** No. 505 Av. Paseo De La Reforma, Piso 50 Del. Cuauhtémoc México, DF 06500 México | Lic. Liliana Colín Guerrero E-mail: lcolin@omnitracs.com.mx Telephone: 1102 0460 Facsimile: 1102 0475 | Advance/Deposit from Customers | | $74,700 |
| **Medio Entertainment, S.A. de C.V.** Agustín Melgar 325-101 Col. Chapultepec Sur Morelia, Michoacán 58260 México | Isllali Belmonte Rosales and Alberto Guerra E-mail: ibelmonte@telemedia.net.mx, aherrera@telemedia.net.mx Telephone: 443.314.3515 Facsimile: 443.315.6883 | Trade Debt | | $66,973 |
| **Castalia Communications Corporation** 1532 Dunwoody Village Parkway Suite 203 Atlanta, GA 30338 USA | Luis Torres-Bohl Telephone: 770.396.7850 Facsimile: 770.396.3464 | Trade Debt | | $66,792 |
| **Pricewaterhousecoopers, S.C.** Mariano Escobedo 573 Col. Rincón del Bosque México, DF 11580 México | Gerard F. Barber Email: gerard.f.barber@us.pwc.com Telephone: 646-471-7546 | Trade Debt | | $60,326 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   4 | 6 | 2011       Signature

**Patricio E. Northland**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SATÉLITES MEXICANOS, S.A. DE C.V., | Case Nos. 11-[_____] (___) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| **Deutsche Bank Mexico, S.A. Institución de Banca Múltiple División Fiduciaria** as trustee under that certain Irrevocable Administration Trust No.F/589 | Variable Class (Class II), Series B & N 43% Equity Voting Rights; 78% Equity Financial Rights (for the benefit of The Bank of New York (as agent))<br><br>Fixed Capital (Class I), Series A 45% Equity Voting Rights; 16% Equity Financial Rights (for the benefit of Servicios Corporativos Satelitales, S.A. de C.V. and/or the Federal Government of the United Mexican States)<br><br>Fixed Capital (Class I), Series B & N 1.33% Equity Voting Rights; 1.33% Equity Financial Rights (for the benefit of Loral Skynet Corporation)<br><br>Fixed Capital (Class I), Series B & N 0.67% Equity Voting Rights; 0.67% Equity Financial Rights (for the benefit of Principia, S.A. de C.V.) |
| **Nacional Financiera, S.N.C. Institución de Banca de Desarrollo Trust Division** as trustee under that certain Irrevocable Trust Agreement No. 80501 | Fixed Capital (Class I) Series A & N 10% Equity Voting Rights; 4% Equity Financial Rights (for the benefit of the Federal Government of the United Mexican States) |

**DECLARATION UNDER PENALTY OF PERJURY**

I, the undersigned authorized officer of Satélites Mexicanos, S.A. de C.V., the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated:     April 6, 2011

_____
Luis Fernando Stein Velasco
Executive Vice President &
Chief Financial Officer