IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SATÉLITES MEXICANOS, S.A. DE C.V. *et al.*,[1] | : | Case No. 11-11035 (CSS) |
| | : | |
| | : | |
| Debtor. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Ad Hoc Committee of Second Priority Noteholders, the Backstop Parties, Holdsat Mexico S.A.P.I. de C.V. and Satmex International B.V., hereby appear by their counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Ropes & Gray LLP ('R&G"). PSZJ and R&G hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. PSZJ and R&G request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Ad Hoc Committee of Second Priority Noteholders,

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digest of each Debtor's federal tax identification number, are: Satélites Mexicanaos, S.A de C.V. (0653); Alterna'TV Corporation (2940); and Alterna'TV International Corporation (4784).

the Backstop Parties, Holdsat Mexico S.A.P.I. de C.V. and Satmex International B.V through service upon PSZJ and R&G, at the respective address, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com | Mark I. Bane, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 841-8808<br>Facsimile: (646) 728-1662<br>Email: mark.bane@ropesgray.com<br><br>Stephen Moeller-Sally, Esquire<br>Therese A. Scheuer, Esquire<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br>Email: ssally@ropesgray.com<br>therese.scheuer@ropesgray.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Ad Hoc Committee of Second Priority Noteholders, the Backstop Parties, Holdsat Mexico S.A.P.I. de C.V. and Satmex International B.V. including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Committee of Second Priority Noteholders, the Backstop Parties, Holdsat Mexico S.A.P.I. de C.V. and Satmex International B.V. may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 8, 2011
PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
   joneill@pszjlaw.com

and

ROPES & GRAY LLP
Mark I. Bane, Esquire
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 841-8808
Facsimile: (646) 728-1662
Email: mark.bane@ropesgray.com

and

Stephen Moeller-Sally, Esquire
Therese A. Scheuer, Esquire
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email:   ssally@ropesgray.com
         therese.scheuer@ropesgray.com

Counsel to the Ad Hoc Committee of Second Priority Noteholders, the Backstop Parties, Holdsat Mexico S.A.P.I. de C.V. and Satmex International B.V.