IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SATÉLITES MEXICANOS, S.A. de C.V.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11035 (CSS) |
| In re:<br><br>ALTERNÁ TV CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11033 (CSS) |
| In re:<br><br>ALTERNÁ TV INTERNATIONAL CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11034 (CSS)<br><br>Ref: Docket No. 4 |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order (i) authorizing and directing the joint administration of the Debtors' affiliated Chapter 11 Cases for procedural purposes only pursuant to Section 342(c) of Title 11 of the Bankruptcy Code (the "**Bankruptcy Code**"), Rules 1015(b) and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and (ii) providing any

additional relief required in order to effectuate the foregoing; the Court, having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court (the "**Hearing**"), finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core matter pursuant to 28 U.S.C. § 157(b)(2), venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, notice of the Motion and the Hearing were sufficient under the circumstances and that no further notice need be given, and the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,

THEREFORE, IT IS HEREBY ORDERED THAT:

1. For the reasons set forth on the record, the Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The caption of the Debtors' jointly administered cases shall read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SATÉLITES MEXICANOS, S.A. DE C.V. *et al.*,[1] | Case No. 11-11035 (CSS) |
| Debtors. | (Jointly Administered) |

5. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An Order has been entered in this case directing the joint administration of the Chapter 11 cases listed below under Case No. 11-11035. The docket in Case No. 11-11035 should be consulted for all matters affecting this case. The following Chapter 11 cases are jointly administered pursuant to such Order: Case No. 11-11033; Case No. 11-11034; and Case No. 11-11035.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

Dated: April 11, 2011

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Satélites Mexicanos, S.A. de C.V. (0653); Alterna'TV Corporation (2940); and Alterna'TV International Corporation (4784).